**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 21-2340**

─────────

MARINEL MICLESCU; BIANCA MIRICA; A.M.; N.M.; I.M.,

Petitioners,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

─────────

On Petition for Review of an Order of the Board of Immigration Appeals.

─────────

Submitted:  October 24, 2022                    Decided:  November 30, 2022

─────────

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and KEENAN, Senior Circuit Judge.

─────────

Petition denied by unpublished per curiam opinion.

─────────

**ON BRIEF:** John E. Gallagher, Catonsville, Maryland, for Petitioners.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Mary Jane Candaux, Assistant Director, Stephen Finn, Senior Trial Attorney, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marinel Miclescu and his wife and minor children, natives and citizens of Romania, petition for review of an order of the Board of Immigration Appeals (Board) dismissing their appeal from the Immigration Judge's decision denying Miclescu's request for asylum and withholding of removal. We have thoroughly reviewed the record and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Miclescu* (B.I.A. Nov. 12, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*